

# NUMBER 13-21-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **LASHONDA MARIE POLLACK,** | **Appellant,** |
| **v.** | |
| **JAISHA GLENTAE ROBERTS HOFFENDEN,** | **Appellee.** |

## On appeal from the 169th District Court
## of Bell County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

This matter is before the Court on appellant's unopposed first amended notice of settlement and nonsuit.[1] The court construes the notice as an amended motion to dismiss. Upon review of the informal settlement agreement and appellant's amended

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

motion, it appears the matters in controversy between the parties in this cause have been fully and finally resolved.

The Court is of the opinion that the amended motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). Therefore, this cause is reinstated, the amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d). Because the appeal is dismissed at parties' request, no motion for rehearing shall be entertained.

LETICIA HINOJOSA
Justice

Delivered and filed on the
21st day of July, 2022.